UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PUBLIC GUARDIAN AND TRUSTEE OF GASTON C. DURAN PROVINCE OF ONTARIO,

    Plaintiff,

v.

WAYNE COUNTY,

    Defendant.

Case No. 24-cv-10988

Honorable Robert J. White

## JUDGMENT

The Court has dismissed Plaintiff's federal claims (Counts I, III, and V) with prejudice, and it dismissed the remaining claims without prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

                                        KINIKIA D. ESSIX
                                        CLERK OF COURT


                                        By: s/Tara Villereal_____
                                               Deputy Clerk

March 24, 2025

Approved:_s/Robert J. White_____
Robert J. White
United States District Judge